| | |
|---|---|
| 1 | JAMES J. MCMULLEN, JR. (SBN: 095853) |
| | LISA A. HILL (SBN 223995) |
| 2 | VANESSA R. NEGRETE (SBN: 239689) |
| | GORDON & REES LLP |
| 3 | 101 W. Broadway, Suite 2000 |
| | San Diego, CA 92101 |
| 4 | Telephone: (619) 696-6700 |
| | Facsimile: (619) 696-7124 |
| 5 | |
| 6 | Attorneys for Defendant |
| | SHIPPERS TRANSPORT EXPRESS, INC. |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | CASE NO. CV-12-4249 |
| Plaintiffs, | **STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SHIPPERS TRANSPORT EXPRESS, INC., | Judge: Charles R. Breyer |
| | Courtroom.: 6 |
| Defendant. | Complaint filed: August 13, 2012 |
| | Trial Date: None Set |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff HILDA SOLIS, Secretary of Labor, U.S. Department of Labor by and through their counsel of record, Laura C. Bremer and Joseph M. Lake, Office of the Solicitor, U.S. Department of Labor and Defendant SHIPPERS TRANSPORT EXPRESS, INC. by and through its counsel of record James J. McMullen, Jr., Lisa A. Hill, and Vanessa R. Negrete of Gordon & Rees LLP, that the case management conference be continued to ~~December 21, 2012 at 8:30 a.m., or another date thereafter convenient to the Court's calendar, on~~ January 4, 2013 at 8:30 a.m.

The parties further stipulate that the parties shall meet and confer not less than thirty (30) days in advance of the rescheduled conference, and that the parties shall file a joint case

-1-
STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE    Case No. CV-12-4249

management statement in the form contained in the Civil Local rules as supplemented by the Court's order of May 9, 2011, not less than 7 days in advance of the rescheduled conference.

**IT IS SO STIPULATED.**

Dated: October 25, 2012

OFFICE OF THE SOLICTOR
U.S. DEPARTMENT OF LABOR

By: /s/ Joseph Lake
    Laura C. Bremer
    Joseph M. Lake
    Attorney for Plaintiff
    Hilda Solis, Secretary of Labor, U.S. Department of Labor

Dated: October ___, 2012

GORDON & REES, LLP

By: /s/ Vanessa R. Negrete
    James J. McMullen, Jr.
    Lisa A. Hill
    Vanessa R. Negrete
    Attorneys For Defendant
    Shippers Transport Express, Inc.

**IT IS SO ORDERED**

Dated: October 12, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

.DDIS/1082872/13935575v.1

-2-
STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE     Case No. CV-12-4249