JAMES J. MCMULLEN, JR. (SBN: 095853)
LISA A. HILL (SBN: 223995)
VANESSA R. NEGRETE (SBN: 239689)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
SHIPPERS TRANSPORT EXPRESS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiffs,<br><br>vs.<br><br>SHIPPERS TRANSPORT EXPRESS, INC.,<br><br>Defendant. | CASE NO. CV-12-4249<br><br>**UNOPPOSED REQUEST BY SHIPPERS TRANSPORT EXPRESS, INC. TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge:         Charles R. Breyer<br>Courtroom:  6<br><br>Complaint filed:   August 13, 2012<br>Trial Date:          None Set |

Defendant SHIPPERS TRANSPORT EXPRESS, INC., by and through its counsel of record James J. McMullen, Jr., Lisa A. Hill, and Vanessa R. Negrete of Gordon & Rees LLP, requests that the case management conference be continued to January 25, 2013 at 8:30 a.m., or another date thereafter convenient to the Court's calendar, on  January 25, 2013, at 8:30 a.m.

The parties have met and conferred and shall file a joint case management statement in the form contained in the Civil Local rules as supplemented by the Court's order of May 9, 2011, not less than 7 days in advance of the rescheduled conference.

On January 7, 2013, counsel for Shippers spoke with counsel for Plaintiff HILDA SOLIS, Secretary of Labor, U.S. Department of Labor, who represented that the Secretary does not object to Defendant's request.

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101

| | |
|---|---|
| Dated:  January ___, 2013 | GORDON & REES LLP |
| | By: ____s/ James J. McMullen, Jr._____ |
| | James J. McMullen, Jr. |
| | jmcmullen@gordonrees.com |
| | Lisa A. Hill |
| | Vanessa R. Negrete |
| | Attorneys For Defendant |
| | Shippers Transport Express, Inc. |

-2-

UNOPPOSED REQUEST TO CONTINUE CMC AND ORDER                              Case No. CV-12-4249

1   **IT IS SO ORDERED**

Dated:  January  8, 2013



Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101