LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-04255-BRO (PLAx) | Date | October 28, 2014 |
|---|---|---|---|
| Title | HILDA L SOLIS V. SHIPPERS TRANSPORT EXPRESS, INC. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)
**ORDER RE MOTIONS IN LIMINE**

On October 27, 2014, Plaintiff Solis filed 11 motions in limine in this matter. Defendant Shippers Transport Express, Inc. filed 9 motions in limine.

The Court ORDERS the parties to meet and confer and will be limited to five (5) motions in limine per side.

The parties are to file a Joint Status Report, indicating by docket number, upon which motions in limine they request a ruling.  Further, each side is to file a Notice of Withdrawal of the motions in limine that the court will not be required to consider. These documents are to be filed no later than 5:00 p.m., Friday, October 31, 2014.

**IT IS SO ORDERED.**                                                                                                      :

                                                              Initials of Preparer                rf